UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


**Michael McGann**

    **v.**                                                  Case No. 05-cv-84-PB

**The State of NH**
**Legislature, et al.**


**ORDER**

    Re:    **Document No. 8, Motion to Dismiss**

    **Ruling:** Plaintiff's claims are based upon the contention that he was wrongfully imprisoned beyond his maximum release date. He thus asserts a substantive challenge to the sentence under which he was incarcerated. As defendant notes, such claims are barred by <u>Heck v. Humphrey</u>, 512 U.S. 477, 487 (1994), to the extent that they necessarily imply the invalidity of an otherwise valid sentence. Plaintiff was unable to have his sentence vacated in a habeas corpus proceeding. Moreover, plaintiff may not avoid <u>Heck</u> merely because he is no longer incarcerated. See <u>Figueroa v. Rivera</u>, 147 F.3d 77, 81 n.3 (1st Cir. 1998). Accordingly, I am obligated by Supreme Court and First Circuit precedent to grant defendants' motion to dismiss.


                                            <u>/s/ Paul Barbadoro</u>
                                            Paul Barbadoro
                                            District Judge

Date: October 4, 2005

cc:    Daniel J. Mullen, Esq.
       Michael McGann, pro se